**Affirmed in Part and Reversed and Remanded in Part and Majority and Concurring and Dissenting Opinions filed April 12, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

### NO. 14-10-01001-CV

## GUS H. COMISKEY, III A/K/A TREY COMISKEY AND TC3, INC., Appellants

### V.

## FH PARTNERS, LLC, Appellee

**On Appeal from the 113th District Court
Harris County
Trial Court Cause No. 2008-60397**

## CONCURRING AND DISSENTING OPINION

I concur in the majority's analysis with respect to all but one issue. Because I believe the trial court properly directed a verdict in FH Partners' favor on the waiver issue, I respectfully dissent from that portion of the opinion. The majority aptly describes the appellants' case for waiver; I just do not agree that it amounts to more than a scintilla. But I would not affirm the judgment entirely. Had this panel affirmed on waiver, it would then reach the segregation-of-attorney's-fees issue. Because I believe FH Partners did not meet its burden to segregate recoverable fees from unrecoverable fees, I would

remand this cause for a redetermination of properly recoverable fees.  *See Ruiz* v. *Stewart Mineral Corp.,* 202 S.W.3d 242, 249 (Tex. App.―Tyler 2006, pet. denied).


/s/     Jeffrey V. Brown
Justice


Panel consists of Justices Seymore, Brown, and Jamison. (Jamison, J., Majority).